# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ) <br> HENRY W. WILLMS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CV F 02-6583 AWI SMS <br><br> ORDER VACATING JULY 5, 2005 <br> HEARING DATE |

    Defendants' motion for partial summary judgment on the Seventh Claim for Relief is pending in this action and is set for oral argument to be heard on July 5, 2005.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 5, 2005, is VACATED, and the parties shall not appear at that time.  As of July 5, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 29, 2005                       /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE