UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al., ) | CV F 02 6583 AWI SMS |
| ) | |
| Plaintiffs, ) | **ORDER VACATING HEARING SET FOR** |
| ) | **JULY 14, 2005, AT 10:00 a.m.** ON |
| ) | DEFENDANT'S MOTION TO COMPEL |
| v. ) | DISCOVERY RESPONSES (DOC. 266) |
| ) | |
| ) | ORDER DEEMING MOTION SUBMITTED |
| HENRY W. WILLMS, et al., ) | (DOC. 266) |
| ) | |
| Defendants. ) | |
| ) | |

    Plaintiffs are proceeding with counsel with a civil action. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(1) and 72-303.

    On June 23, 32005, Defendants filed a motion to compel discovery responses and for attorney's fees. No opposition was filed by Plaintiffs. On July 11, 2005, Defendants filed a notice of non-opposition.

    Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the Defendants' motion to compel and for attorney's fees is a matter that may appropriately be

1

1  submitted upon the record and briefs, including the Defendants'
2  notice of motion, memorandum of points and authorities and
3  declarations with exhibits filed in support thereof, and
4  Defendants' notice of non-opposition to the motion.
5       Accordingly, the hearing on the motion, presently set for
6  July 14, 2005, at 10:00 a.m., IS VACATED, and the motion IS
7  DEEMED SUBMITTED to the Court for decision.

IT IS SO ORDERED.

**Dated:   July 12, 2005**                    /s/ Sandra M. Snyder
icido3                                     UNITED STATES MAGISTRATE JUDGE

2