IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al.,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>HENRY W. WILLMS, et al.,<br><br>　　　　　Defendants. | CV F 02-6583 AWI SMS<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE REQUESTS TO CONTINUE HEARING DATE<br><br>ORDER MOVING HEARING DATE OF JULY 25, 2005 TO AUGUST 22, 2005<br><br>(Documents # 270 & #271) |

　　　　Defendant Susan Willms Thurston's motion for summary judgment and Defendant Redwood Trust Deed Services motion for summary judgment are pending in this action and are set for oral argument to be heard on July 25, 2005. On July 7, 2005, Plaintiffs ex parte requests to continue the hearing date on both motions until August 22, 2005. On July 8, 2005, Defendants filed an opposition to Plaintiffs' request.

　　　　Rule 6(b) of the Federal Rules of Civil Procedure provides:

> When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect; but it may not extend the time for taking any action under Rules 50(b) and (c)(2), 52(b), 59(b), (d) and (e), and 60(b), except to the extent and under the conditions stated in them.

Fed. R. Civ. Pro. 6(b). In their motion, Plaintiffs show good cause for the continuance. Given

Plaintiffs' attorney's other cases, Plaintiffs' attorney is not being unreasonable in stating he has not had time to file an opposition. The court recognizes the arguments made in Defendants' opposition to Plaintiffs' request. Defendants correctly point out that this action has been pending for some time, discovery has closed, and noticed depositions have not yet taken place. Plaintiffs have indicated some willingness to dismiss Defendant Susan Willms Thurston from this action, but the parties cannot agree on language for a stipulated dismissal. Defendants' arguments are well taken. However, given Plaintiffs' attorney schedule, the court agrees it would prejudice Plaintiffs to require their attorney to file an opposition under the current briefing schedule. Thus, the court will grant this continuance.

A review of Defendants' opposition indicates that Defendants intend on filing at least one more motion for summary judgment in late August. Plaintiffs' attorney is requested to review his schedule and make appropriate arrangements to avoid further delays in this action.

Accordingly, GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

1. Plaintiffs' ex-parte requests to continue the hearing date are GRANTED;

2. The previously set hearing date of July 25, 2005, is VACATED, and the parties shall not appear at that time; and

3. Hearing on Defendants' pending motions for summary judgment is set for August 22, 2005.

IT IS SO ORDERED.

Dated:   **July 15, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE