**DON J. POOL  166468**
**THE LAW FIRM OF POWELL & POOL**
7522 North Colonial Avenue, Suite 100
Fresno, California  93711
Telephone:     (559) 228-8034
Facsimile:      (559) 228-6818

Attorneys for the Defendants, Henry W. Willms, et al.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| Terry D. Hamilton; Sharon M. Hamilton; Estates In Eagle Ridge, LLLP, a Colorado Limited Liability Limited Partnership, James C. Bateman Petroleum Services, dba Semco, a California Corporation; and Enviro-Safe, Inc., a California Corporation, <br><br>                Plaintiffs,<br><br>vs.<br><br>Henry W. Willms, Individually; Dolly G. Willms, Individually; Henry W. Willms and Dolly G. Willms as co-trustees of the Trust Agreement dated September 26, 1986, between Henry W. Willms and Dolly G. Willms, Trustors; Dolly Willms, Trustee of the Trust Agreement dated December 10, 1982, between Henry W. Willms and Dolly G. Willms, Trustors; Victor R. McClune, an individual; Lend-Teck Financial, Inc., a California Corporation; Catherine A. Locke, an individual; Redwood Trust Deed Services, Inc., a California Corporation; and Susan Willms Thurston, Beneficiary of 1982 Willms Trust along with Catherine A. Locke; and THE WILLMS ENTERPRISE, an informal entity.<br><br>                Defendants. | Case No. CV F 02 6583 AWI SMS<br><br><br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS<br><br><br><br>Judge Sandra M. Snyder |

///

# I
## **RECITAL**

The Scheduling Order entered in the above-entitled matter on May 21, 2004, set August 1, 2005 as the last day to file dispositive motions.

The parties have not completed their discovery, despite the discovery cut-off of May 6, 2005.

In order to allow the parties to complete their discovery, the parties request that the Court extend the deadline for dispositive motions to August 29, 2005.

# II
## **STIPULATION**

Based on the foregoing Recitals,

IT IS HEREBY STIPULATED by and between the parties and their respective counsel, that the deadline to file dispositive motions currently scheduled for August 1, 2005, be extended up to and including August 29, 2005.

SO STIPULATED.

Dated: July13, 2005　　　　　　　　THE LAW FIRM OF POWELL & POOL

　　　　　　　　　　　　　　　　　　　　　　/S/ DON J. POOL
　　　　　　　　　　　　　　　　　　　DON J. POOL
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

Dated: July 13, 2005						THE LAW OFFICES OF ANTHONY P. CAPOZZI


							    /S/ ANTHONY P. CAPOZZI
							ANTHONY P. CAPOZZI
							Attorney for Plaintiffs

///




IT IS SO ORDERED.



**Dated:     July 29, 2005**					          **/s/ Lawrence J. O'Neill**

b9ed48								UNITED STATES MAGISTRATE JUDGE