1  **DON J. POOL  166468**
   **THE LAW FIRM OF POWELL & POOL**
2  7522 North Colonial Avenue, Suite 100
   Fresno, California  93711
3  Telephone:   (559) 228-8034
   Facsimile:   (559) 228-6818
4

5  Attorneys for the Defendants, Henry W. Willms, et al.

6

7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                             *****

11

| | |
|---|---|
| Terry D. Hamilton; Sharon M. Hamilton; Estates In Eagle Ridge, LLLP, a Colorado Limited Liability Limited Partnership, James C. Bateman Petroleum Services, dba Semco, a California Corporation; and Enviro-Safe, Inc., a California Corporation, | Case No. CV F 02 6583 AWI SMS |
| | STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS |
| Plaintiffs, | |
| | Magistrate Judge:  Sandra M. Snyder |
| vs. | |
| Henry W. Willms, Individually; Dolly G. Willms, Individually; Henry W. Willms and Dolly G. Willms as co-trustees of the Trust Agreement dated September 26, 1986, between Henry W. Willms and Dolly G. Willms, Trustors; Dolly Willms, Trustee of the Trust Agreement dated December 10, 1982, between Henry W. Willms and Dolly G. Willms, Trustors; Victor R. McClune, an individual; Lend-Teck Financial, Inc., a California Corporation; Catherine A. Locke, an individual; Redwood Trust Deed Services, Inc., a California Corporation; and Susan Willms Thurston, Beneficiary of 1982 Willms Trust along with Catherine A. Locke; and THE WILLMS ENTERPRISE, an informal entity. | |
| Defendants. | |

27  /////

28  /////

# I

# RECITAL

1. The Scheduling Order entered in the above-entitled matter on May 21, 2004, set August 1, 2005, as the last day to file dispositive motions.

2. The parties previously stipulated to continue the last day to file dispositive motions to August 29, 2005.

3. Three motions for summary judgment are set to be heard on September 26, 2005.

4. The parties have not completed their discovery, despite the discovery cut-off of May 6, 2005.

5. In order to allow the parties to complete their discovery, the parties request that the Court extend the deadline to dispositive motions to October 13, 2005.

# II

# STIPULATION

Based on the foregoing, Recitals,

IT IS HEREBY STIPULATED, by and between the parties and their respective counsel, that the deadline to file dispositive motions currently scheduled for August 29, 2005, be extended up to and including October 13, 2005.


SO STIPULATED.

Dated: August 18, 2005            THE LAW FIRM OF POWELL & POOL


                                  / S /   Don J. Pool
                                  DON J. POOL
                                  Attorneys for Defendants

/////
/////
/////
/////

| | |
|---|---|
| Dated: August 18, 2005 | GILMORE, WOOD, VINNARD & MAGNESS |
| | ___/ S /   David M. Gilmore___<br>DAVID M. GILMORE<br>Attorney for Plaintiffs |

IT IS SO ORDERED.

**Dated:   August 23, 2005**              /s/ Sandra M. Snyder

icido3                    UNITED STATES MAGISTRATE JUDGE