IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al., )<br>          )<br>          Plaintiffs, )<br>          )<br>     v. )<br>          )<br>          )<br>HENRY W. WILLMS, et al., )<br>          )<br>          )<br>          Defendants. )<br>_____ ) | CV F 02 6583 AWI SMS<br><br>ORDER GRANTING SUSAN WILLMS THURSTON'S AND REDWOOD TRUST DEED SERVICES, INC.'S MOTIONS FOR SUMMARY JUDGMENT<br><br>ORDER VACATING SEPTEMBER 26, 2005 HEARING<br><br>(Documents #262 & #264) |

    This action proceeds on Plaintiffs' second amended complaint.  Defendant Susan Willms Thurston ("Defendant Thurston") filed a motion for summary judgment.  Defendant Redwood Trust Deed Services ("Defendant RTDS") also filed a motion for summary judgment.  Defendant Thurston's and Defendant RTDS's motions for summary judgment were set for oral arguments to be heard on September 26, 2005.  Pursuant to Local Rule 78-230(c), Plaintiffs were required to file either an opposition or a notice of non-opposition no later than September 12, 2005.

    On September 8, 2005, Plaintiffs filed notices of non-opposition to Defendant Thurston's and Defendant RTDS's motions for summary judgment.  Summary judgment is appropriate when it is demonstrated that there exists no genuine issue as to any material fact, and that the moving party is entitled to judgment as a matter of law.  Fed. R. Civ. P. 56(c).  Based on Plaintiffs' non-opposition to Defendant Thurston's and Defendant RTDS's motions, summary judgment is appropriate as to Defendant Thurston and Defendant RTDS.

Accordingly, the court ORDERS that:

1. The previously set hearing date of September 26, 2005, is VACATED, and the parties shall not appear at that time;
2. Defendant Thurston's motion for summary judgment is GRANTED; and
3. Defendant RTDS's motion for summary judgment is GRANTED.

IT IS SO ORDERED.

**Dated:   September 13, 2005**            /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

2