1  **DON J. POOL  166468**
   **THE LAW FIRM OF POWELL & POOL**
2  7522 North Colonial Avenue, Suite 100
   Fresno, California  93711
3  Telephone:     (559) 228-8034
   Facsimile:     (559) 228-6818
4

5  Attorneys for the Defendants, Henry W. Willms, et al.

6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  **\*\*\*\*\***

11

12  Terry D. Hamilton; Sharon M. Hamilton;    ) Case No. CV F 02 6583 AWI SMS
    Estates In Eagle Ridge, LLLP, a Colorado  )
13  Limited Liability Limited Partnership, James )
    C. Bateman Petroleum Services, dba Semco, a )
14  California Corporation; and Enviro-Safe, Inc., ) **STIPULATION AND ORDER TO**
    a California Corporation,                   ) **CONTINUE PRE-TRIAL CONFERENCE**
                                               ) **AND FOR FILING PRE-TRIAL**
15                              Plaintiffs,     ) **STATEMENT**
                                               )
16          vs.                                )
                                               )
17  Henry W. Willms, Individually; Dolly G.    ) Date: October 7, 2005
    Willms, Individually; Henry W. Willms and  ) Time: 8:30 a.m.
18  Dolly G. Willms as co-trustees of the Trust ) Place: Courtroom 3
    Agreement dated September 26, 1986,        )        1130 "O" Street
19  between Henry W. Willms and Dolly G.       )        Fresno, CA
    Willms, Trustors; Dolly Willms, Trustee of )
20  the Trust Agreement dated December 10,     )
    1982, between Henry W. Willms and Dolly G. ) Judge: Anthony W. Ishii
21  Willms, Trustors; Victor R. McClune, an    )
    individual; Lend-Teck Financial, Inc., a   )
22  California Corporation; Catherine A. Locke, )
    an individual; Redwood Trust Deed Services, )
23  Inc., a California Corporation; and Susan   )
    Willms Thurston, Beneficiary of 1982 Willms )
24  Trust along with Catherine A. Locke; and   )
    THE WILLMS ENTERPRISE, an informal         )
25  entity.                                     )
                                               )
26                              Defendants.     )
                                               )
    _____

27  ///

28  ///

# I

## RECITAL

_____1.	The Scheduling Order entered in the above-entitled matter on May 21, 2004, set the Pre-Trial Conference in the above-entitled matter for October 7, 2005, with the Pre-Trial Statement to be filed September 27, 2005.

2.	The parties previously stipulated to continue the last day to file dispositive motions to October 13, 2005, and the Court so ordered.

3.	The parties have not yet completed discovery.  One deposition is tentatively scheduled for October 5, 6 and 13.

4.	Defendant Catherine Locke has a motion for summary judgment scheduled to be heard October 3, 2005.  A motion for summary judgment by all remaining defendants on the Second, Third, Fifth and Sixth Claims for Relief is scheduled for November 14, 2005.  Defendants intend to file one additional motion to be heard on that same day.

5.	In light of the foregoing, the issues generally addressed in the Pre-Trial Statement and at the conference are not settled.  The parties request that the Court continue the date of the Pre-Trial Conference and filing of the Pre-Trial Statement to November 21, 2005 and November 16, 2005, respectively.

///
///
///
///
///
///
///
///
///
///
///

## II

## STIPULATION

Based on the foregoing Recitals,

IT IS HEREBY STIPULATED, by and between the parties and their respective counsel, that the Pre-Trial Conference be continued to November 21, 2005, or the next available date, and that the Pre-Trial Statement be filed on or before November 16, 2005.

SO STIPULATED.

Dated: September 26, 2005             THE LAW FIRM OF POWELL & POOL

/S/ Don J. Pool

_____
DON J. POOL
Attorney for Defendants


Dated: September 26, 2005             GILMORE, WOOD, VINNARD & MAGNESS

/S/ David M. Gilmore

_____
DAVID M. GILMORE
Attorney for Plaintiffs

## III

## ORDER

IT IS HEREBY ORDERED that the Pre-Trial Conference in the above-entitled matter be continued to November 21, 2005, at 3:00 p.m., in Courtroom 3, and that the Pre-Trial Conference Statement be filed on or before November 16, 2005.

IT IS SO ORDERED.


**Dated:    September 27, 2005            /s/ Anthony W. Ishii**

0m8i78                               UNITED STATES DISTRICT JUDGE