IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ) <br> HENRY W. WILLMS, et al., ) <br> ) <br> Defendants. ) <br> _____) | CV F 02-6583 AWI SMS <br><br> ORDER VACATING OCTOBER 3, <br> 2005 HEARING DATE |

Defendant Catherine A. Locke's motion for summary judgment on the claims against her is pending in this action and is set for oral argument to be heard on October 3, 2005. The court has reviewed the moving papers, opposition, and reply and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 3, 2005, is VACATED, and the parties shall not appear at that time. As of October 3, 2005, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     September 28, 2005                /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE