1   **DON J. POOL  166468**
    **THE LAW FIRM OF POWELL & POOL**
2   7522 North Colonial Avenue, Suite 100
    Fresno, California  93711
3   Telephone:     (559) 228-8034
    Facsimile:     (559) 228-6818
4

5   Attorneys for the Defendants, Henry W. Willms, et al.

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                       **EASTERN DISTRICT OF CALIFORNIA**

10                                    *****

11
    Terry D. Hamilton; Sharon M. Hamilton;   ) Case No. CV F 02 6583 AWI SMS
12  Estates In Eagle Ridge, LLLP, a Colorado  )
    Limited Liability Limited Partnership, James )
13  C. Bateman Petroleum Services, dba Semco, a )
    California Corporation; and Enviro-Safe, Inc., ) STIPULATION AND ORDER TO EXTEND
14  a California Corporation,                 ) DEADLINE FOR FILING DISPOSITIVE
                                              ) MOTIONS
15                            Plaintiffs,     )
                                              )
16              vs.                           )
                                              )
17  Henry W. Willms, Individually; Dolly G.   )
    Willms, Individually; Henry W. Willms and )
18  Dolly G. Willms as co-trustees of the Trust )
    Agreement dated September 26, 1986,       )
19  between Henry W. Willms and Dolly G.      )
    Willms, Trustors; Dolly Willms, Trustee of )
20  the Trust Agreement dated December 10,    )
    1982, between Henry W. Willms and Dolly G. )
21  Willms, Trustors; Victor R. McClune, an   )
    individual; Lend-Teck Financial, Inc., a  )
22  California Corporation; Catherine A. Locke, )
    an individual; Redwood Trust Deed Services, )
23  Inc., a California Corporation; and Susan  )
    Willms Thurston, Beneficiary of 1982 Willms )
24  Trust along with Catherine A. Locke; and  )
    THE WILLMS ENTERPRISE, an informal        )
25  entity.                                   )
                                              )
26                            Defendants.     )
    _____ )

27  ///

28  ///

I

**RECITAL**

_____1.    The Scheduling Order entered in the above-entitled matter on May 21, 2004, set August 1, 2005, as the last day to file dispositive motions.

2.    The parties previously stipulated to continue the last day to file dispositive motions to August 29, 2005.  Thereafter, the parties again stipulated to extend the deadline to file dispositive motions to October 13, 2005.

3.    A summary judgment motion by defendant Catherine Locke was set for hearing on October 3, 2005 and has been taken under submission.  A second motion by all defendants is presently set for hearing on November 14, 2005, on all claims except the First Claim for Relief, Civil RICO.  Defendants intend to file a motion for summary judgment on the First Claim for Relief after Mr. Hamilton's deposition.

4.    The parties have not completed their discovery, despite the discovery cut-off of May 6, 2005.  Plaintiffs intend to depose a third party from Colorado on October 10, and the parties have stipulated to conduct Mr. Hamilton's deposition on October 10, 12, 13 and 25.

5.    In order to allow the parties to complete their discovery, the parties request that the Court extend the deadline to dispositive motions from October 13, 2005 to October 27, 2005.

///
///
///
///
///
///
///
///
///
///
///

II

**STIPULATION**

Based on the foregoing, Recitals,

IT IS HEREBY STIPULATED, by and between the parties and their respective counsel, that the deadline to file dispositive motions currently scheduled for October 13, 2005, be extended up to and including October 27, 2005.

SO STIPULATED.

Dated: October 6, 2005                    THE LAW FIRM OF POWELL & POOL


                                          _____ / S /   Don J. Pool_____
_____          DON J. POOL
                                          Attorneys for Defendants


Dated: October 6, 2005                    LAW OFFICES OF ANTHONY P. CAPOZZI


                                          _____ / S /   Anthony P. Capozzi_____
_____          ANTHONY P. CAPOZZI
                                          Attorney for Plaintiffs




IT IS SO ORDERED.


**Dated:   October 11, 2005**            _____ **/s/ Anthony W. Ishii**_____

0m8i78                                    UNITED STATES DISTRICT JUDGE