**DON J. POOL  166468**
**THE LAW FIRM OF POWELL & POOL**
7522 North Colonial Avenue, Suite 100
Fresno, California  93711
Telephone:     (559) 228-8034
Facsimile:     (559) 228-6818

Attorneys for the Defendants, Henry W. Willms, et al.

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| Terry D. Hamilton; Sharon M. Hamilton; Estates In Eagle Ridge, LLLP, a Colorado Limited Liability Limited Partnership, James C. Bateman Petroleum Services, dba Semco, a California Corporation; and Enviro-Safe, Inc., a California Corporation, <br><br>                      Plaintiffs, <br><br>   vs. <br><br>Henry W. Willms, Individually; Dolly G. Willms, Individually; Henry W. Willms and Dolly G. Willms as co-trustees of the Trust Agreement dated September 26, 1986, between Henry W. Willms and Dolly G. Willms, Trustors; Dolly Willms, Trustee of the Trust Agreement dated December 10, 1982, between Henry W. Willms and Dolly G. Willms, Trustors; Victor R. McClune, an individual; Lend-Teck Financial, Inc., a California Corporation; Catherine A. Locke, an individual; Redwood Trust Deed Services, Inc., a California Corporation; and Susan Willms Thurston, Beneficiary of 1982 Willms Trust along with Catherine A. Locke; and THE WILLMS ENTERPRISE, an informal entity. <br><br>                      Defendants. | Case No. CV F 02 6583 AWI SMS <br><br><br>STIPULATION AND ORDER TO CONTINUE FILING OF PRE-TRIAL STATEMENT <br><br>Date:  November 21, 2005 <br>Time:  3:00 p.m. <br>Place: Courtroom 3 <br>          1130 "O" Street <br>          Fresno, California <br><br>Judge:  Anthony W. Ishii |

/////

# I

## RECITAL

The Scheduling Order entered in the above-entitled matter on May 21, 2004, set the Pre-Trial Conference in the above-entitled matter for October 7, 2005, with the Pre-Trial Statement to be filed September 27, 2005.

The parties previously stipulated to continue the last day to file dispositive motions to October 13, 2005, and the Court so ordered.

The parties have not yet completed discovery. One deposition is currently on-going.

A motion for summary judgment by all remaining defendants on the Second, Third, Fifth and Sixth Claims for Relief is scheduled for November 21, 2005.

A motion for summary judgment by all remaining defendants on the First Claim for Relief in the Second Amended Complaint is scheduled for November 28, 2005.

The parties previously stipulated to continue the last day to file the Pre-Trial Statement to November 16, 2005, and the Court so ordered.

In light of the foregoing, the issues generally addressed in the Pre-Trial Statement and at the Conference are not settled. The parties request that the Court continue the date for filing of the Pre-Trial Statement to November 18, 2005.

# II

## STIPULATION

Based on the foregoing Recitals,

IT IS HEREBY STIPULATED, by and between the parties and their respective counsel, that the Pre-Trial Statement be filed on or before November 18, 2005.

SO STIPULATED.

Dated: November 16, 2005			THE LAW FIRM OF POWELL & POOL

```
                                    _____
                                    DON J. POOL
                                    Attorneys for Defendants


Dated: November 16, 2005            GILMORE, WOOD, VINNARD & MAGNESS




                                    _____
                                    DAVID M. GILMORE
                                    Attorney for Plaintiffs


Dated: November 16, 2005            LAW OFFICES OF ANTHONY P. CAPOZZI




                                    _____
                                    ANTHONY P. CAPOZZI
                                    Attorney for Plaintiffs
```

### III

### **ORDER**

IT IS HEREBY ORDERED that the Pre-Trial Conference Statement be filed on or before November 18, 2005.

IT IS SO ORDERED.

**Dated:   November 18, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE

3