1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| TERRY D. HAMILTON, et al., | ) | CV F 02-6583 AWI SMS |
|---|---|---|
| Plaintiffs, | ) ) ) | ORDER VACATING NOVEMBER 21, 2005 HEARINGS |
| v. | ) ) | ORDER TAKING MOTION FOR SUMMARY JUDGMENT UNDER |
| HENRY W. WILLMS, et al., | ) ) | SUBMISSION |
| Defendants. | ) ) ) | ORDER SETTING PRETRIAL CONFERENCE FOR NOVEMBER 28, 2005 AT 3:00 p.m. |

Defendants' motion for summary judgment on the second, third, fifth, & sixth claims for relief is pending in this action and is set for oral argument to be heard on November 21, 2005. The court has reviewed the moving papers, opposition, and reply and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

The pretrial conference is currently set for November 21, 2005. However, Defendants' final motion for summary judgment on the RICO claim for relief is not set for oral argument until November 28, 2005. For judicial efficiency the court finds it should hold the pretrial conference after the parties have received the court's ruling on Defendants' motion for summary judgment on the second, third, fifth, & sixth claims for relief and after oral arguments on Defendants' motion for summary judgment on the RICO claim for relief.

Accordingly, the court ORDERS that:

1. The previously set hearing on Defendants' motion for summary judgment on the second, third, fifth, & sixth claims for relief, set for November 21, 2005, is VACATED, and the parties shall not appear at that time;

2. As of November 21, 2005, the court will take Defendants' motion for summary judgment on the second, third, fifth, & sixth claims for relief under submission, and the court will thereafter issue its decision;

3. The pretrial conference set for November 21, 2005 is VACATED, and the parties shall not appear at that time.

4. The hearing on Defendants' motion for summary judgment on the RICO claim for relief **and** the pretrial conference will be held on **November 28, 2005 at 3:00 p.m.**

.

IT IS SO ORDERED.

**Dated:   November 16, 2005**           _____**/s/ Anthony W. Ishii**_____
0m8i78                                                       UNITED STATES DISTRICT JUDGE