# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HENRY W. WILLMS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CV F 02-6583 AWI SMS <br><br> ORDER MOVING STATUS CONFERENCE FROM DECEMBER 19, 2005 TO JANUARY 9, 2006 |

A status conference has been set in this matter for December 19, 2005. Pending before the court is Defendants' motion for summary judgment on Plaintiffs' RICO claim and Defendants' motion for reconsideration of the court's order denying Defendants' motion for summary judgment on other claims. Because the purpose of the status conference is to discuss a trial date and other pretrial matters, the court finds it would not be helpful to conduct this status conference before the parties are aware of what claims will proceed. Accordingly, the court ORDERS that:

1. The previously set status conference of December 19, 2005, is VACATED, and the parties shall not appear at that time; and

2. The status conference will be held on January 9, 2006 at 1:30 p.m.

IT IS SO ORDERED.

Dated:     December 14, 2005                        /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE