IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY D. HAMILTON, et al., | ) | CV F 02-6583 AWI SMS |
| Plaintiffs, | )<br>) | ORDER MOVING STATUS |
| v. | )<br>) | CONFERENCE AND HEARING<br>FROM JANUARY 9, 2006 TO |
| HENRY W. WILLMS, et al., | )<br>) | JANUARY 23, 2006 |
| Defendants. | ) | |

    A status conference has been set in this matter for January 9, 2006. In addition, oral argument on Defendants' motion for reconsideration is set for January 9, 2006. Also pending before the court is Defendants' motion for entry of judgment as to certain defendants. This motion is not set for oral argument until January 23, 2006. The court finds it would be convenient to hold the status conference and oral argument on both motions at one time. Accordingly, the court ORDERS that:

    1.    The previously set status hearing date of January 9, 2006 is VACATED, and the parties shall not appear at that time;

    2.    The status conference and hearing on both pending motions will be held on January 23, 2006 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   January 4, 2006**          /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE