1  **DON J. POOL  166468**
   **THE LAW FIRM OF POWELL & POOL**
2  7522 North Colonial Avenue, Suite 100
   Fresno, California 93711
3  Telephone:    (559) 228-8034
   Facsimile:     (559) 228-6818
4

5  Attorneys for the Defendants, Henry W. Willms, et al.

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                         **EASTERN DISTRICT OF CALIFORNIA**

10                                         *****

11 | Terry D. Hamilton; Sharon M. Hamilton; | ) Case No. CV F 02 6583 AWI SMS |
   | Estates In Eagle Ridge, LLLP, a Colorado | ) |
12 | Limited Liability Limited Partnership, James | ) |
   | C. Bateman Petroleum Services, dba Semco, | ) STIPULATION AND ORDER TO |
13 | a California Corporation; and Enviro-Safe, | ) CONTINUE STATUS CONFERENCE |
   | Inc., a California Corporation, | ) AND OTHER PENDING MOTIONS |
14 | | ) |
   |                       Plaintiffs, | ) |
15 | | ) |
   |    vs. | ) |
16 | | ) |
   | Henry W. Willms, Individually; Dolly G. | ) District Court Judge:  Anthony W. Ishii |
17 | Willms, Individually; Henry W. Willms and | ) |
   | Dolly G. Willms as co-trustees of the Trust | ) |
18 | Agreement dated September 26, 1986, | ) |
   | between Henry W. Willms and Dolly G. | ) |
19 | Willms, Trustors; Dolly Willms, Trustee of | ) |
   | the Trust Agreement dated December 10, | ) |
20 | 1982, between Henry W. Willms and Dolly | ) |
   | G. Willms, Trustors; Victor R. McClune, an | ) |
21 | individual; Lend-Teck Financial, Inc., a | ) |
   | California Corporation; Catherine A. Locke, | ) |
22 | an individual; Redwood Trust Deed Services, | ) |
   | Inc., a California Corporation; and Susan | ) |
23 | Willms Thurston, Beneficiary of 1982 | ) |
   | Willms Trust along with Catherine A. Locke; | ) |
24 | and THE WILLMS ENTERPRISE, an | ) |
   | informal entity. | ) |
25 | | ) |
   |                       Defendants. | ) |
26

27 /////

28 /////

# I

# RECITALS

The Scheduling Order entered in the above-entitled matter on May 21, 2004, set the Pretrial Conference in the above-entitled matter for October 7, 2005, with the Pretrial Statement to be filed by September 27, 2005.

The parties previously stipulated to continue the last day to file dispositive motions to October 13, 2005, and the Court so ordered.

On October 27, 2005, all remaining defendants filed their motion for partial summary judgment on the first claim for relief, which was scheduled to be heard on November 28, 2005.

On November 16, 2005, the parties stipulated to continue the last day to file the Pretrial Statement to November 18, 2005.

The parties filed their Joint Pretrial Statement on November 21, 2005.

That same day at the Pretrial Conference and hearing on defendants' motion for summary judgment on the second, third, fifth and sixth claims for relief, the Court issued its order taking defendants' motion under submission, therefore vacating the hearing, and set the Pretrial Conference to be held on November 28, 2005, together with defendants' motion for summary judgment on the first claim for relief.

On November 22, 2005, the Court filed its Memorandum Opinion and Order Granting Motion for Summary Judgment in Part and denying Motion for Summary Judgment in Part.

On November 26, 2005, defendants filed their Supplemental Pretrial Statement.

At the Pretrial Conference and hearing on defendants' motion for summary judgment on the first claim for relief on November 28, 2005, the court vacated the trial date of December 6, 2005 and set a status conference for December 19, 2005, to allow for the Court additional time to rule on the pending motions.

On December 5, 2005, defendants filed their Motion for Reconsideration of the order granting and denying in part defendants' motion for summary judgment second, third and sixth

claims for relief, which was scheduled to be heard on January 9, 2006.

On December 14, 2005, the Court filed an order moving the status conference from December 19, 2005 to January 9, 2006.

On December 15, 2005, defendants filed their Motion to Enter Separate Judgment Pursuant To Rule 54(b), which was scheduled to be heard on January 9, 2006.

On December 21, 2005, the Court filed its memorandum of opinion and order granting defendants' motion for partial summary judgment on the first claim for relief.

On January 4, 2006, the Court filed an order moving the status conference on calendar for January 9, 2006 to January 23, 2006, the same day as defendants' motion for entry of judgment as to certain defendants.

Plaintiffs' counsel, Mr. Gilmore, currently has a trial set for January 23, 2006. Furthermore, defendants' counsel, Don J. Pool, will be out of the office on January 23, 2006, and in trial on another matter on January 30, 2006.

In light of the foregoing, the parties request that the Court continue the date of the status conference and pending motions to February 6, 2006.

## II

### STIPULATION

Based on the foregoing Recitals,

IT IS HEREBY STIPULATED, by and between the parties, by and through their respective counsel, that the Status Conference and other pending motions be continued to February 6, 2006, or the Court's next available hearing date.

/////

/////

SO STIPULATED.

Dated: January 12, 2006          THE LAW FIRM OF POWELL & POOL


                                     / S /    Don J. Pool
                                 DON J. POOL
                                 Attorneys for Defendants




Dated: January 12, 2006          GILMORE, WOOD, VINNARD & MAGNESS


                                     / S /    David M. Gilmore
                                 DAVID M. GILMORE
                                 Attorney for Plaintiffs


### III

### ORDER

IT IS HEREBY ORDERED as follows:

The Status Conference shall be continued to February 6, 2006, at 1:30 p.m., in Courtroom DC-3;

Defendants' Motion to Enter Separate Judgments against certain defendants shall be continued to February 6, 2006, at 1:30 p.m., in Courtroom 2 of the new Federal Courthouse; and

Defendants' Motion for Reconsideration shall be continued to February 6, 2006, at 1:30 p.m., in Courtroom 2 of the new Federal Courthouse.

IT IS SO ORDERED.

**Dated:   January 18, 2006**              /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

4