1  **DON J. POOL  166468**
   **THE LAW FIRM OF POWELL & POOL**
2  7522 North Colonial Avenue, Suite 100
   Fresno, California  93711
3  Telephone:     (559) 228-8034
   Facsimile:     (559) 228-6818
4

5  Attorneys for the Defendants, Henry W. Willms, et al.

6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  *****

| | |
|---|---|
| Terry D. Hamilton; Sharon M. Hamilton; Estates In Eagle Ridge, LLLP, a Colorado Limited Liability Limited Partnership, James C. Bateman Petroleum Services, dba Semco, a California Corporation; and Enviro-Safe, Inc., a California Corporation, | Case No. CV F 02 6583 AWI SMS |
| Plaintiffs, | STIPULATION AND ORDER TO SET PRE-TRIAL CONFERENCE AND FOR FILING JOINT PRE-TRIAL STATEMENT |
| vs. | |
| Henry W. Willms, Individually; Dolly G. Willms, Individually; Henry W. Willms and Dolly G. Willms as co-trustees of the Trust Agreement dated September 26, 1986, between Henry W. Willms and Dolly G. Willms, Trustors; Dolly Willms, Trustee of the Trust Agreement dated December 10, 1982, between Henry W. Willms and Dolly G. Willms, Trustors; Victor R. McClune, an individual; Lend-Teck Financial, Inc., a California Corporation; Catherine A. Locke, an individual; Redwood Trust Deed Services, Inc., a California Corporation; and Susan Willms Thurston, Beneficiary of 1982 Willms Trust along with Catherine A. Locke; and THE WILLMS ENTERPRISE, an informal entity. | Date:  October 11, 2006<br>Time:  8:30 AM<br>Place: Courtroom 2<br>       2500 Tulare Street<br>       Fresno, California<br><br>Judge: Anthony W. Ishii |
| Defendants. | |

/////

**I**

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties and their respective counsel, that the Trial in the above-entitled matter be set for November 28, 2006, at 8:30 a.m.

IT IS FURTHER STIPULATED that the Pre-Trial Conference be set for October 11, 2006, at 8:30 a.m., and the Joint Pre-Trial Statement be filed on or before October 4, 2006.

SO STIPULATED.

Dated: March 7, 2006          THE LAW FIRM OF POWELL & POOL


                              / S /    Don J. Pool

                              DON J. POOL
                              Attorneys for Defendants


Dated: March 7, 2006          GILMORE, WOOD, VINNARD & MAGNESS


                              / S /    David M. Gilmore

                              DAVID M. GILMORE
                              Attorney for Plaintiffs

/////
/////
/////
/////
/////
/////
/////

2

## II

## **ORDER**

IT IS HEREBY ORDERED that the Trial in the above-entitled matter be set for November 28, 2006, at 8:30 a.m.

IT IS FURTHER ORDERED that the Pre-Trial Conference be set for October 11, 2006, at 8:30 a.m., in Courtroom 2 and the Joint Pre-Trial Statement be filed on or before October 4, 2006.

IT IS SO ORDERED.

**Dated:   March 8, 2006**          /s/ Anthony W. Ishii
0m8i78                    UNITED STATES DISTRICT JUDGE