# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY D. HAMILTON, et al.,** ) <br> ) <br>       **Plaintiffs**, ) <br>    **v.** ) <br> ) <br> ) <br> **HENRY W. WILLMS, et al.,** ) <br> ) <br>       **Defendants.** ) <br> _____ ) | **CV F 02-6583 AWI SMS** <br><br> **ORDER VACATING APRIL 10, 2006 DATE** |

Defendant Redwood Trust Deed Services, Inc. And Defendant Susan Willms Thurston's motion for award of attorney's fees is pending in this action and is set for oral argument to be heard on April 10, 2006. The court has reviewed the moving papers, opposition, and reply and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 10, 2006, is VACATED, and the parties shall not appear at that time. As of April 10, 2006, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 5, 2006                          /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE