| | |
|---|---|
| 1 | **DON J. POOL  166468** |
| 2 | **THE LAW FIRM OF POWELL & POOL**<br>7522 North Colonial Avenue, Suite 100 |
| 3 | Fresno, California 93711<br>Telephone:     (559) 228-8034 |
| 4 | Facsimile:      (559) 228-6818 |
| 5 | Attorneys for HENRY W. WILLMS, et al. |

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| Terry D. Hamilton; Sharon M. Hamilton; Estates In Eagle Ridge, LLLP, a Colorado Limited Liability Limited Partnership, James C. Bateman Petroleum Services, dba Semco, a California Corporation; and Enviro-Safe, Inc., a California Corporation, | Case No. CV F 02 6583 AWI SMS<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| vs. | |
| Henry W. Willms, Individually; Dolly G. Willms, Individually; Henry W. Willms and Dolly G. Willms as co-trustees of the Trust Agreement dated September 26, 1986, between Henry W. Willms and Dolly G. Willms, Trustors; Dolly Willms, Trustee of the Trust Agreement dated December 10, 1982, between Henry W. Willms and Dolly G. Willms, Trustors; Victor R. McClune, an individual; Lend-Teck Financial, Inc., a California Corporation; Catherine A. Locke, an individual; Redwood Trust Deed Services, Inc., a California Corporation; and Susan Willms Thurston, Beneficiary of 1982 Willms Trust along with Catherine A. Locke; and THE WILLMS ENTERPRISE, an informal entity. | |
| Defendants. | |

1         Pursuant to the Order Granting Motion for Award of Attorneys Fees in favor of REDWOOD TRUST DEED SERVICES, INC. ("RTDS") and against plaintiffs TERRY D. HAMILTON, SHARON M. HAMILTON and ENVIRO-SAFE, INC., a California corporation, and each of them.

        AND NO OBJECTION having been made to the costs of $263.77 claimed by RTDS in the Bill of Costs served February 21, 2006,

        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of defendant RTDS and against plaintiffs TERRY D. HAMILTON, SHARON M. HAMILTON and ENVIRO-SAFE, INC., a California corporation, and each of them, jointly and severally, in the amount of $8,145.13.

        IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that RTDS is entitled to its costs against plaintiffs ESTATES IN EAGLE RIDGE, LLLP, a Colorado Limited Liability Limited Partnership and JAMES C. BATEMAN PETROLEUM SERVICES, dba SEMCO, a California corporation, and each of them, jointly and severally, in the amount of $263.77.

IT IS SO ORDERED.

**Dated:**   **June 30, 2006**                 /s/ **Anthony W. Ishii**
0m8i78                                 UNITED STATES DISTRICT JUDGE