IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY D. HAMILTON, et al., | ) | CV F 02 6583 AWI SMS |
| Plaintiffs, | ) ) | ORDER MOVING HEARING ON PARTIES' MOTIONS IN LIMINE TO |
| v. | ) ) | NOVEMBER 28, 2006 AT 9:00 A.M. |
| | ) ) | ORDER VACATING NOVEMBER 21, |
| HENRY W. WILLMS, et al., | ) ) | 2006 HEARING |
| Defendants. | ) ) | |

This action proceeds on Plaintiffs' second amended complaint.  Trial in this action is set for December 5, 2006.   The hearing on the parties' motions in limine was set for November 21, 2006.  Because of the court's trial schedule, the court is unable to conduct the motions in limine hearing on November 21, 2006.

Accordingly, the hearing date previously set for November 21, 2006 is VACATED and no party shall appear at that time.   The hearing on the motions in limine is RESET for November 28, 2006 at 9:00 a.m.   The current briefing schedule on the motions and opposition briefs remains.

IT IS SO ORDERED.

**Dated:    November 17, 2006**                     **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE