(SPACE BELOW FOR FILING STAMP ONLY)

**DON J. POOL   166468**
**THE LAW FIRM OF POWELL & POOL**
7522 North Colonial Avenue, Suite 100
Fresno, California   93711
Telephone:     (559) 228-8034
Facsimile:     (559) 228-6818

Attorneys for the Defendants, Henry W. Willms, et al.

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| Terry D. Hamilton; Sharon M. Hamilton; Estates In Eagle Ridge, LLLP, a Colorado Limited Liability Limited Partnership, James C. Bateman Petroleum Services, dba Semco, a California Corporation; and Enviro-Safe, Inc., a California Corporation, | Case No. CV F 02 6583 AWI SMS |
| Plaintiffs, | STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES |
| vs. | |
| Henry W. Willms, Individually; Dolly G. Willms, Individually; Henry W. Willms and Dolly G. Willms as co-trustees of the Trust Agreement dated September 26, 1986, between Henry W. Willms and Dolly G. Willms, Trustors; Dolly Willms, Trustee of the Trust Agreement dated December 10, 1982, between Henry W. Willms and Dolly G. Willms, Trustors; Victor R. McClune, an individual; Lend-Teck Financial, Inc., a California Corporation; Catherine A. Locke, an individual; Redwood Trust Deed Services, Inc., a California Corporation; and Susan Willms Thurston, Beneficiary of 1982 Willms Trust along with Catherine A. Locke; and THE WILLMS ENTERPRISE, an informal entity. | Judge Anthony W. Ishii |
| Defendants. | |

– 1 –

)
)
)
)
)
)
)
)
)
)
)
)
)
)

///

///

# I

## RECITALS

1.   The Pretrial Order requires the parties to provide copies of their proposed exhibits to the Court on November 21, 2006. The Pretrial Order also designated that the parties' Motions in Limine be heard on November 21, 2006.

2.   The exhibits that are proposed by the parties are in large part dependent on the Court's ruling on the Motions in Limine. Certain rulings may reduce the number of proposed exhibits.

3.   Defendants' filed their Motion in Limine No. 17 on November 14, 2006. Defendants have requested that the Court consider the Motion based on counsel's affidavit of mistake. Plaintiffs have objected based on their lack of time to respond to the Motion.

4.   On November 20, 2006, the Court continued the hearing on the Motions in Limine to November 28, 2006.

# II

## STIPULATION

Based on the foregoing Recitals,

IT IS HEREBY STIPULATED by and between the parties and their respective counsel, as follows:

1.      The parties shall provide copies of their respective exhibits to the Court on November 30, 2006, after the Court's rulings on the pending Motions in Limine.

2.      Plaintiffs shall have until November 27, 2006, at 4:00 p.m., to respond to Defendants' Motion in Limine No. 17.

SO STIPULATED.

Dated: November 20, 2006          THE LAW FIRM OF POWELL & POOL

                                  _____/S/ DON J. POOL_____
                                  DON J. POOL
                                  Attorneys for Defendants

Dated: November 20, 2006          GILMORE, WOOD, VINNARD & MAGNESS
                                  _____/S/ DAVID M. GILMORE_____
                                  DAVID M. GILMORE
                                  Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: November 20, 2006          _____/s/ Anthony W. Ishii_____
0m8i78                            UNITED STATES DISTRICT JUDGE

-3-