(SPACE BELOW FOR FILING STAMP ONLY)

**DON J. POOL  166468**
**THE LAW FIRM OF POWELL & POOL**
7522 North Colonial Avenue, Suite 100
Fresno, California  93711
Telephone:     (559) 228-8034
Facsimile:     (559) 228-6818

Attorneys for the Defendants, Henry W. Willms, et al.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| Terry D. Hamilton; Sharon M. Hamilton; Estates In Eagle Ridge, LLLP, a Colorado Limited Liability Limited Partnership, James C. Bateman Petroleum Services, dba Semco, a California Corporation; and Enviro-Safe, Inc., a California Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> Henry W. Willms, Individually; Dolly G. Willms, Individually; Henry W. Willms and Dolly G. Willms as co-trustees of the Trust Agreement dated September 26, 1986, between Henry W. Willms and Dolly G. Willms, Trustors; Dolly Willms, Trustee of the Trust Agreement dated December 10, 1982, between Henry W. Willms and Dolly G. Willms, Trustors; Victor R. McClune, an individual; Lend-Teck Financial, Inc., a California Corporation; Catherine A. Locke, an individual; Redwood Trust Deed Services, Inc., a California Corporation; and Susan Willms Thurston, Beneficiary of 1982 Willms Trust along with Catherine A. Locke; and THE WILLMS ENTERPRISE, an informal entity. <br><br> Defendants. | Case No. CV F 02 6583 AWI SMS <br><br><br> STIPULATION AND ORDER TO EXTEND FILING OF TRIAL EXHIBITS <br><br><br> Judge Anthony Ishii |

- 1 -

_____
Stipulation and Order to Extend Filing of Trial Exhibits

**I**

**RECITALS**

    1.    The Court's previous Order extended the date to file trial exhibits to November 30, 2006. In light of the hearing on the Motions in Limine on November 21, 2006, the parties require additional time to file the exhibits.

**II**

**STIPULATION**

    Based on the foregoing Recital,

    IT IS HEREBY STIPULATED by and between the parties and their respective counsel, as follows:

    1.    The parties shall provide copies of their respective exhibits to the Court and counsel on December 1, 2006, by 12:00 p.m.

SO STIPULATED.

Dated: November 30, 2006    THE LAW FIRM OF POWELL & POOL

    /S/ DON J. POOL

    DON J. POOL

Attorneys for Defendants

Dated:  November 30, 2006         GILMORE, WOOD, VINNARD & MAGNESS

            /S/ DAVID M. GILMORE
                                  DAVID M. GILMORE
                                  Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED.

**Dated:     December 1, 2006**                   **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

- 3 -