ANTHONY P. CAPOZZI, #068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:    (559) 221-0200
Facsimile:    (559) 221-7997

Attorneys for the Plaintiffs,
Terry D. Hamilton, et al.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| Terry D. Hamilton; Sharon M. Hamilton; Estates In Eagle Ridge, LLLP, a Colorado Limited Liability Limited Partnership, James C. Bateman Petroleum Services, dba Semco, a California Corporation; and Enviro-Safe, Inc., a California Corporation,<br><br>                                      Plaintiffs,<br><br>         vs.<br><br>Henry W. Willms, Individually; Dolly G. Willms, Individually; Henry W. Willms and Dolly G. Willms as co-trustees of the Trust Agreement dated September 26, 1986, between Henry W. Willms and Dolly G. Willms, Trustors; Dolly Willms, Trustee of the Trust Agreement dated December 10, 1982, between Henry W. Willms and Dolly G. Willms, Trustors; Victor R. McClune, an individual; Lend-Teck Financial, Inc., a California Corporation; Catherine A. Locke, an individual; Redwood Trust Deed Services, Inc., a California Corporation; and Susan Willms Thurston, Beneficiary of 1982 Willms Trust along with Catherine A. Locke; and THE WILLMS ENTERPRISE, an informal entity.<br><br>                                      Defendants. | Case No. CV F 02 6583 AWI SMS<br><br><br><br>STIPULATION AND ORDER TO CONTINUE FILING OF JURY INSTRUCTIONS<br><br><br>Date:   December 5, 2006<br>Time:   8:00 a.m.<br>Place:  Courtroom 2<br>Judge:  Anthony W. Ishii |

/////

-1-

Plaintiffs, Terry D. Hamilton, et al., by and through their attorneys-of-record, Anthony P. Capozzi and David M. Gilmore, and Defendants, Henry Willms, et al, by and through their attorney, Donald J. Pool, hereby stipulate to continue the filing of Jury Instructions and Verdict forms from November 30, 2006 to December 6, 2006 at 5:00 p.m.

This request is made due to the ongoing discovery matters.

Respectfully Submitted,

Dated: November 29, 2006          LAW OFFICES OF ANTHONY P. CAPOZZI

    /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Plaintiffs

Dated: November 29, 2006          GILMORE, WOOD, VINNARD & MAGNESS

    /s/ David M. Gilmore
DAVID M. GILMORE
Attorney for Plaintiffs

Dated: November 29, 2006          THE LAW FIRM OF POWELL & POOL

    /s/ Don J. Pool
DON J. POOL
Attorneys for Defendants

**ORDER**

IT IS HEREBY ORDERED that the Jury Instructions and Verdict Forms be filed with the Court by 5:00 p.m. on Wednesday, December 6, 2006.

IT IS SO ORDERED.

**Dated:    December 1, 2006**               /s/ Anthony W. Ishii
0m8i78                                                  UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Jury Instruction Filing.