IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>HENRY W. WILLMS, et al.,<br><br>        Defendants. | CV F 02-6583 AWI SMS<br><br>ORDER REQUIRING THE PRESENCE OF PARTIES AND ATTORNEYS AT THE JANUARY 22, 2007 HEARING |

      This action was set to proceed to trial on December 5, 2006.  On December 4, 2006, after the court denied any motion to continue the trial to resolve pending discovery matters, the parties' attorneys  contacted the court and stated that they had reached an agreement to continue the trial.   The court then held a recorded telephonic hearing.   The attorneys stated during the telephonic hearing that in return for Plaintiffs dismissing certain defendants and causes of action, Defendants agreed to continue the trial to allow time for the court to rule on pending discovery issues.   Both Plaintiffs' and Defendants' attorneys stated that they had their clients' consent to enter this stipulation.   The court directed the parties to put the stipulation into writing and submit it to the court.   No stipulation was ever filed.

      On December 11, 2007, Defendants filed a motion to enforce the stipulation and award sanctions.

On January 8, 2007, Plaintiffs filed an opposition. Plaintiffs' basic opposition is that (1) Sharon Hamilton never consented to the stipulation; (2) Terry Hamilton did not understand the stipulation; and/or (3) All of the stipulations' terms had yet to be negotiated and no real stipulation was ever reached by the parties.

The court has reviewed the briefs, declarations, and evidence provided by the parties concerning the pending motion and the December 4, 2006 telephonic hearing. The court takes the allegations made by both Plaintiffs, Defendants, and their attorneys in the motion and opposition seriously. The court is prepared to hold an evidentiary hearing to ascertain the truth of the assertions the parties and attorneys have made on the record in this action. As such, the court finds it necessary to require certain individuals to be present for the January 22, 2007 hearing and be prepared to offer testimony, under penalty of perjury, in response to the court's potential questions.

Accordingly, the following individuals are REQUIRED to attend the previously set January 22, 2007 hearing on Defendants' motion and are REQUIRED to be in Courtroom 2 at 1:30 p.m. on January 22, 2007:

1. Terry Hamilton;
2. Sharon Hamilton;
3. David Gilmore; and
4. Anthony Capozzi.

IT IS SO ORDERED.

**Dated:    January 10, 2007**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

2