IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HENRY W. WILLMS, et al., )<br>)<br>Defendants. )<br>)<br>_____) | CV F 02-6583 AWI SMS<br><br>ORDER GRANTING REQUEST TO CONTINUE HEARING TO FEBRUARY 5, 2007<br><br>ORDER VACATING JANUARY 22, 2007 HEARING |

Defendants motion to enforce an oral stipulation and award sanctions is pending before this court and set for hearing on January 22, 2007. The court has ordered the presence of Terry Hamilton, Sharon Hamilton, David Gilmore, and Anthony Capozzi at the hearing. On January 18, 2007, Plaintiffs filed an ex-parte request to continue the hearing date. Plaintiffs state that Mr. Capozzi is scheduled to attend a sentencing in the United States District Court for the District of Nevada on January 22, 2007 and Mr. Hamilton is scheduled to be deposed regarding another action on January 22, 2007. On January 18, 2007, Defendants filed an opposition. On January 19, 2007, Plaintiffs filed a reply.

Rule 6(b) of the Federal Rules of Civil Procedure provides:

> When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect; but it may not extend the time

> for taking any action under Rules 50(b) and (c)(2), 52(b), 59(b), (d) and (e), and 60(b), except to the extent and under the conditions stated in them.

Fed. R. Civ. Pro. 6(b).

The court finds good cause to continue the hearing. Mr. Capozzi has attempted to re-schedule the January 22, 2007 hearing in Nevada and been unable to do so. While Mr. Capozzi should have realized his presence may be required when his clients took the position that Mr. Capozzi's involvement in the December 4, 2006 oral stipulation was necessary, the court declines to potentially interfere with another court's sentencing of a criminal defendant. In addition, while it appears that Mr. Hamilton's deposition in <u>Praytel Communications, Inc. v. Bateman, et al.</u>, 372669 (Stanislaus County Superior Court) could be continued, Defendants have made this court aware that Mr. Hamilton's deposition has already raised issues for the Stanislaus County Superior Court. This court does not wish to potentially add to the burden already placed on the Stanislaus County Superior Court. The court is not unsympathetic to Defendants' concerns regarding continued delays to the trial in this action. However, regardless of whether the pending motion is heard on January 22, 2007 or February 5, 2007, the court's earliest available trial date would be the same.

Accordingly, the court ORDERS that:

1. Plaintiffs' request to continue the January 22, 2007 hearing is GRANTED;
2. The January 22, 2007 hearing is VACATED and no party or attorney need appear on that date;
3. The hearing on Defendants' motion is set for February 5, 2007 at 1:30 p.m.
4. The following individuals are REQUIRED to attend the February 5, 2007 hearing on Defendants' motion and are REQUIRED to be in Courtroom 2 at 1:30 p.m. on February 5, 2007.
    a. Terry Hamilton;

2

        b.        Sharon Hamilton;

        c.        David Gilmore; and

        d.        Anthony Capozzi.

IT IS SO ORDERED.

**Dated:**   **January 19, 2007**         **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE