IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al., <br><br>    Plaintiffs, <br><br>  v. <br><br>HENRY WI. WILLMS, et al, <br><br>    Defendants. | CV F 02-6583 AWI SMS <br><br>ORDER VACATING FEBRUARY 12, 2007 HEARING DATE AND TAKING MOTION UNDER SUBMISSION |

    Attorney David M. Gilmore has filed a motion to withdraw as attorney in this action. Attorney David M. Gilmore noticed his motion to be heard at a hearing on February 12, 2007. On February 9, 2007, Plaintiffs filed an opposition to Attorney Gilmore's motion.  The court has reviewed the moving papers and opposition and has determined that these motions are suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 12, 2007 is VACATED, and the parties shall not appear at that time.  As of February 12, 2007, the court will take these motions under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   February 9, 2007               /s/ Anthony W. Ishii  
0m8i78                                             UNITED STATES DISTRICT JUDGE