**ANTHONY P. CAPOZZI, #068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:      (559) 221-0200
Facsimile:      (559) 221-7997

**DAVID M. GILMORE, #105429**
**GILMORE, WOOD, VINNARD & MAGNESS**
P.O. Box 28907
Fresno, California  93729-8907
Telephone:      (559) 448-9800
Facsimile:      (559) 448-9899

Attorneys for the Plaintiffs,
Terry D. Hamilton, et al.

**ELECTRONICALLY FILED MARCH 7, 2007**

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| Terry D. Hamilton; Sharon M. Hamilton; Estates In Eagle Ridge, LLLP, a Colorado Limited Liability Limited Partnership, James C. Bateman Petroleum Services, dba Semco, a California Corporation; and Enviro-Safe, Inc., a California Corporation, | Case No. CV F 02 6583 AWI SMS<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON ANTHONY P. CAPOZZI'S MOTION TO WITHDRAW |
| Plaintiffs,<br>vs. | Date:   March 19, 2007<br>Time:  1:30 p.m.<br>Place:  Courtroom 2<br>Judge: Anthony W. Ishii |
| Henry W. Willms, Individually; Dolly G. Willms, Individually; Henry W. Willms and Dolly G. Willms as co-trustees of the Trust Agreement dated September 26, 1986, between Henry W. Willms and Dolly G. Willms, Trustors; Dolly Willms, Trustee of the Trust Agreement dated December 10, 1982, between Henry W. Willms and Dolly G. Willms, Trustors; Victor R. McClune, an individual; Lend-Teck Financial, Inc., a California Corporation; Catherine A. Locke, an individual; Redwood Trust Deed Services, Inc., a California Corporation; and Susan Willms Thurston, Beneficiary of 1982 Willms Trust along with Catherine A. Locke; and THE WILLMS ENTERPRISE, an informal entity. | |
| Defendants.<br>_____ ) | |

Plaintiffs, Terry D. Hamilton, et al., for themselves and Anthony P. Capozzi, on behalf of his law office, and David M. Gilmore, on behalf of Gilmore, Wood, Vinnard & Magness, hereby stipulate to the following:

1. Terry Hamilton and Sharon Hamilton request the hearing on Anthony P. Capozzi's Motion to Withdraw be continued from March 19, 2007 due to the loss of Mr. Hamilton's mother this past week.

2. The parties agree to continue the matter to April 2, 2007 to allow Terry Hamilton and Sharon Hamilton an opportunity to file an opposition to Mr. Capozzi's Motion and be heard on this matter.

Respectfully Submitted,

Dated: March 5, 2007    LAW OFFICES OF ANTHONY P. CAPOZZI

/s/ Anthony P. Capozzi

ANTHONY P. CAPOZZI

Attorney for Plaintiffs


Dated: March 6, 2007    GILMORE, WOOD, VINNARD & MAGNESS
/s/ David M. Gilmore
DAVID M. GILMORE
Attorney for Plaintiffs


Dated: March 6, 2007    /s/ Terry Hamilton
TERRY HAMILTON


Dated: March 6, 2007    /s/ Sharon Hamilton
SHARON HAMILTON

IT IS HEREBY ORDERED that the Hearing on the Motion to Withdraw filed by Anthony P. Capozzi be continued from March 19, 2007 at 1:30 p.m. to April 2, 2007 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   March 6, 2007**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE