_____
**ANTHONY P. CAPOZZI, #068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, California  93711
Telephone:      (559) 221-0200
Facsimile:      (559) 221-7997


Attorneys for the Plaintiffs,
Terry D. Hamilton, et al.


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| Terry D. Hamilton; Sharon M. Hamilton; Estates In Eagle Ridge, LLLP, a Colorado Limited Liability Limited Partnership, James C. Bateman Petroleum Services, dba Semco, a California Corporation; and Enviro-Safe, Inc., a California Corporation,<br><br>                              Plaintiffs,<br><br>           vs.<br><br>Henry W. Willms, Individually; Dolly G. Willms, Individually; Henry W. Willms and Dolly G. Willms as co-trustees of the Trust Agreement dated September 26, 1986, between Henry W. Willms and Dolly G. Willms, Trustors; Dolly Willms, Trustee of the Trust Agreement dated December 10, 1982, between Henry W. Willms and Dolly G. Willms, Trustors; Victor R. McClune, an individual; Lend-Teck Financial, Inc., a | Case No. CV F 02 6583 AWI SMS<br><br>EX PARTE REQUEST FOR ENLARGEMENT OF TIME TO FILE MOTION TO RECONSIDER THE ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE STIPULATION AND SANCTIONS, SIGNED BY JUDGE ANTHONY W. ISHII ON 03/02/2007, PURSUANT TO RULE 6(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>ORDER |

| | |
|---|---|
| California Corporation; Catherine A. Locke, an individual; Redwood Trust Deed Services, Inc., a California Corporation; and Susan Willms Thurston, Beneficiary of 1982 Willms Trust along with Catherine A. Locke; and THE WILLMS ENTERPRISE, an informal entity. | ) ) ) ) ) ) ) ) |
| Defendants. | ) |
| _____ | ) |

/////

       PLAINTIFFS, Terry D. Hamilton, et al., hereby requests an extension of time of 14 days in which to file a Motion for Reconsideration on the Order Granting Defendants' Motion to Enforce Stipulation and Sanctions signed by Judge Anthony W. Ishii on March 2, 2007 and filed by this Court on March 6, 2007.  Said request is based on Rule 6(b) of the Federal Rules of Civil Procedure (FRCP) and the Declaration of Anthony P. Capozzi.

       Rule 6(b) of the FRCP states, in pertinent part:

> When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order.

### Declaration of Anthony P. Capozzi

      I, Anthony P. Capozzi, having first-hand knowledge of the following information, do hereby declare:

1. I am an attorney-at-law duly licensed to practice in the State of California and before this Court.
2. I am an attorney for the Plaintiffs in the above entitled action.
3. On January 12, 2007, I filed a Motion to Withdraw from this case.  That Motion is scheduled to be heard by this Court on April 2, 2007.

4. The Plaintiffs were also represented by David Gilmore of Gilmore, Wood, Vinnard & Magness. Mr. Gilmore also filed a Motion to Withdraw, which was granted on March 2, 2007.
5. Mr. Hamilton's mother passed away last week and Mr. Hamilton has been tending to the arrangements.
6. In addition, it is my understanding that Mr. Hamilton has been diligently attempting to retain other counsel, as I have had a conversation with at least one other attorney who is considering representing Mr. Hamilton in this matter.
7. The Defendants would not be prejudiced in that this is a minimal extension of time.
8. Plaintiffs, if not given this additional time in which to their Motion for Reconsideration, will be severely prejudiced.
9. I further affirm under penalty of perjury, pursuant to the laws of the United States, that the information contained in this declaration is true and correct to the best of my knowledge as executed this day in Fresno, California.

Accordingly, it is requested that Plaintiffs be given a 14-day extension of time in which to their Motion for Reconsideration.

Dated: March 15, 2007

Respectfully Submitted,
LAW OFFICES OF ANTHONY P. CAPOZZI
/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Plaintiffs

## ORDER

IT IS HEREBY ORDERED that the Plaintiffs shall be granted an additional 14 days in which to file the Motion for Reconsideration on the Order Granting Defendants' Motion to Enforce Stipulation and Sanctions signed by Judge Anthony W. Ishii on March 2, 2007 and filed by this Court on March 6, 2007. The Plaintiff's Motion for Reconsideration shall now be filed with this Court no later than March 20, 2007.

IT IS SO ORDERED.

**Dated:   March 16, 2007**                    **/s/ Anthony W. Ishii**
0m8i78                                                      UNITED STATES DISTRICT JUDGE