# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **TERRY D. HAMILTON, et al.,** | ) | CV F 02-6583 AWI SMS |
| | ) | |
| **Plaintiffs**, | ) | ORDER CONTINUING HEARING |
| v. | ) | ON MOTION TO WITHDRAW AS |
| | ) | ATTORNEY |
| | ) | |
| **HENRY W. WILLMS, et al.,** | ) | ORDER VACATING APRIL 2, 2007 |
| | ) | DATE |
| **Defendants.** | ) | |
| | ) | |

Attorney Anthony P. Capozzi has filed a motion to withdraw as counsel of record for Plaintiffs. This motion is set for oral argument to be heard on April 2, 2007. On March 28, 2007, Plaintiff and Attorney Capozzi filed a request to continue the hearing to April 16, 2007.

Good cause showing, IT IS HEREBY ORDERED:

1. The previously set hearing date of April 2, 2007, is VACATED, and no party shall appear at that time;
2. The hearing on Attorney Capozzi's motion will be held on April 16, 2007.
3. The Clerk of the Court is DIRECTED to serve a copy of this order on Plaintiffs at the following address:

> Terry D. Hamilton
> 1502 Westbrook Court
> Modesto, CA 95358

1
2
                Sharon M. Hamilton
                1502 Westbrook Court
                Modesto, CA 95358

3
IT IS SO ORDERED.

4
**Dated:**   **March 30, 2007**           **/s/ Anthony W. Ishii**
5
0m8i78                                UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28