IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al.,              )<br>                                                           )<br>                    Plaintiffs,          )<br>        v.                                           )<br>                                                           )<br>                                                           )<br>HENRY W. WILLMS, et al.,          )<br>                                                           )<br>                    Defendants.       )<br>_____) | CV F 02-6583 AWI SMS<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE REQUEST FOR ENLARGEMENT OF TIME TO FILE MOTION FOR RECONSIDERATION<br><br>(Document #572) |

   On March 6, 2007, the court granted Defendants' motion to enforce a stipulation to dismiss claims and granted Defendants' motion for sanctions against Plaintiff.   After receiving one extension of time to file a motion for reconsideration of this order, on March 29, 2007, Plaintiffs, through Attorney Anthony P. Capozzi, filed a second ex parte request for an enlargement of time in which to file a motion for reconsideration.   On March 29, 2007, Defendants filed an opposition.   On March 30, 2007, Plaintiffs filed a reply.   In the reply, Plaintiffs provide evidence that Attorney David F. Brown is willing to appear on behalf of Plaintiffs concerning a motion for reconsideration.

   Rule 6(b) of the Federal Rules of Civil Procedure provides:

When by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made

after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect; but it may not extend the time for taking any action under Rules 50(b) and (c)(2), 52(b), 59(b), (d) and (e), and 60(b), except to the extent and under the conditions stated in them.

Fed. R. Civ. Pro. 6(b).  Plaintiffs have shown good cause to grant Plaintiffs one more week in which to file their motion for reconsideration.  Attorney David Gilmore recently withdrew as Plaintiffs' counsel.  Attorney Capozzi has filed a motion to withdraw as Plaintiffs' counsel.  It appears that Attorney Capozzi's reasons for wanting to withdraw may be related to the court's March 7, 2007 order, making it difficult to file the motion.  The evidence before the court indicates that Plaintiffs are attempting to obtain other counsel, and Attorney David R. Brown will represent Plaintiffs for at least the motion for reconsideration.   While the court agrees with Defendants' concerns over the delays in this action, the court does not find that a one week continuance will cause any significant delay.

      Accordingly, the court ORDERS that:

    1.    Plaintiffs' ex parte request is GRANTED; and

    2.    Any motion for reconsideration of the court's March 7, 2007 order enforcing the stipulation and granting sanctions SHALL BE FILED by April 6, 2007.

IT IS SO ORDERED.

**Dated:   March 30, 2007**          **/s/ Anthony W. Ishii**
0m8i78                               UNITED STATES DISTRICT JUDGE

2