IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> ) <br> HENRY W. WILLMS, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CV F 02-6583 AWI SMS <br><br> ORDER VACATING APRIL 16, 2007 <br> HEARING DATE |

     Attorney Anthony P. Capozzi has filed a motion to withdraw as counsel of record for Plaintiffs.  This motion was originally set for hearing on April 2, 2007.  On March 28, 2007, Plaintiffs and Attorney Capozzi filed a stipulation asking that the hearing be moved to April 16, 2007.  Pursuant to this request, on April 2, 2007, the court vacated the April 2, 2007 hearing, and the continued the hearing to April 16, 2007.

     Pursuant to Local Rule 78-230(c), any party was required to file any opposition to Attorney Capozzi's motion no later than two weeks before the April 16, 2007 hearing date, which was April 2, 2007.  No party filed an opposition to Attorney Capozzi's motion by April 2, 2007.  Due to the failure of any party to file a timely opposition, no party is entitled to be heard at oral argument in opposition to Attorney Capozzi's motion.  See 78-230(c). The court has reviewed Attorney Capozzi's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED:

1. The previously set hearing date of April 16, 2007, is VACATED, and no party shall appear at that time;

2. As of April 16, 2007, the court will take Attorney Capozzi's motion under submission, and will thereafter issue its decision; and

3. The Clerk of the Court is DIRECTED to serve a copy of this order on Plaintiffs at the following address:

>Terry D. Hamilton
>1502 Westbrook Court
>Modesto, CA 95358

>Sharon M. Hamilton
>1502 Westbrook Court
>Modesto, CA 95358

IT IS SO ORDERED.

**Dated:   April 10, 2007**                   /s/ Anthony W. Ishii
                                   UNITED STATES DISTRICT JUDGE

2