**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TERRY D. HAMILTON, et al.,**         ) | CV F 02-6583 AWI SMS |
| )                                         | |
| Plaintiffs,       ) | **ORDER GRATING MOTION FOR** |
| v.                              ) | **ENLARGEMENT OF TIME** |
| ) | |
| ) | **ORDER VACATING MAY 21, 2007** |
| **HENRY W. WILLMS, et al.,**            ) | **HEARING DATE** |
| ) | |
| Defendants.     ) | |
| _____) | |

    Plaintiff Terry Hamilton and Plaintiff Sharon Hamilton ("Plaintiffs") have filed motions for reconsideration of the court's order enforcing the December 4, 2006 oral stipulation.  The motion for reconsideration was set for hearing on May 21, 2007.   On May 14, 2007, Plaintiffs filed a motion for an enlargement of time to file a reply to Defendants' opposition to their motion.   Plaintiffs ask that they be allowed to file a motion up to May 16, 2007.   On May 15, 2007, Defendants filed an opposition to Plaintiffs' motion.

    Despite the many procedural irregularities found in Plaintiffs' motion for an enlargement of time, the court will allow Plaintiffs to file a late reply.   Plaintiffs are currently representing themselves in this action, and Plaintiffs have asked for a very short extension.   Further, the court has reviewed the pending motion, opposition, and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See  Local Rule 78-230(h).   Because the May 21, 2007 hearing is being vacated, allowing a late reply will not greatly delay the court's ruling on the pending motion or prejudice the parties.

Therefore, IT IS HEREBY ORDERED:

1. The previously set hearing date of May 21, 2007, is VACATED, and no party shall appear at that time;

2. Plaintiffs' motion for an enlargement of time to file a reply is GRANTED;

3. Plaintiffs may file any reply by 4:00 p.m. on May 17, 2007;

4. As of May 21, 2007, the court will take the motion for reconsideration under submission, and will thereafter issue its decision; and

3. The Clerk of the Court is DIRECTED to ensure that a copy of this order is served on Plaintiffs at the following address:

> Terry D. Hamilton
> 1502 Westbrook Court
> Modesto, CA 95358
>
> Sharon M. Hamilton
> 1502 Westbrook Court
> Modesto, CA 95358

IT IS SO ORDERED.

Dated:   **May 16, 2007**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

2