IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al.,  )  <br>  )  <br>  Plaintiffs,  )  <br>  v.  )  <br>  )  <br>  )  <br> HENRY W. WILLMS, et al.,  )  <br>  )  <br>  Defendants.  )  <br> _____ ) | CV F 02-6583 AWI SMS  <br>  <br> ORDER GRANTING PLAINTIFF SHARON HAMILTON'S MOTION FOR AN ENLARGEMENT OF TIME  <br>  <br> (Document #617) |

      Plaintiff Terry Hamilton and Plaintiff Sharon Hamilton ("Plaintiffs") have filed motions for reconsideration of the court's order enforcing the December 4, 2006 oral stipulation.  The motions for reconsideration were set for hearing on May 21, 2007.   On May 17, 2007, the court granted Plaintiffs' motion for an enlargement of time to file a reply, ordered Plaintiffs to file any reply by 4:00 p.m. on May 17, 2007, vacated the May 21, 2007 hearing date, and informed the parties that as of May 21, 2007 the court would take the motions for reconsideration under submission, and would thereafter issue its decision.  Attorney David F. Brown, representing Plaintiff Sharon Hamilton for the purposes of the reconsideration motion, then filed a request for an additional enlargement of time to file a reply.

      Good cause having been presented to the court, the court ORDERS that:

      1.    Plaintiff Sharon Hamilton's motion for an enlargement of time to file a reply is GRANTED;

      2.    Plaintiff Sharon Hamilton may file any reply by 4:00 p.m. on May 31,

1    2007;

2    4.    As of May 31, 2007, the court will consider the motion for

3    reconsideration and will thereafter issue its decision; and

4    3.    The Clerk of the Court is DIRECTED to ensure that a copy of this order is

5    served on the following:

> David F. Brown
> 719 14th Street
> Modesto, CA 95354
>
> Sharon M. Hamilton
> 1502 Westbrook Court
> Modesto, CA 95358

IT IS SO ORDERED.

**Dated:   May 29, 2007**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

2