IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al.,        )<br>                                                        )<br>                    Plaintiffs,         )<br>       v.                                          )<br>                                                        )<br>                                                        )<br>HENRY W. WILLMS, et al.,       )<br>                                                        )<br>                    Defendants.     )<br>_____ ) | CV F 02-6583 AWI SMS<br><br>ORDER CONTINUING MOTION<br>TO DISMISS PLAINTIFFS<br>ESTATES IN EAGLE RIDGE,<br>LLLP, JAMES, C. BATEMAN<br>PETROLEUM SERVICES, DBA<br>SEMCO, AND ENVIRO-SAFE INC.,<br>TO JULY 9, 2007 |

    Defendants have filed a motion to dismiss the complaint by Estates in Eagle Ridge, LLP, James C. Bateman Petroleum Services, DBA Semco, and Enviro-Safe, Inc. (collectively "Entity Plaintiffs"), or strike their claims from the complaint.    The motion to dismiss is set for hearing on June 4, 2007.  In their motion, Defendants point out that Entity Plaintiffs cannot appear in this action without counsel, and Entity Plaintiffs are not currently represented by an attorney. Accordingly, Defendants contend that the court must dismiss the complaint as to Entity Plaintiffs or, in the alternative, strike Entity Plaintiffs' claims.

    The background and litigious history of this action is well know to the court and to the parties and need not be recited in this order.   Of relevance to Defendants' pending motion, is the fact that on April 18, 2007, the court granted Attorney Anthony P. Capozzi's motion to withdraw as attorney of record.    This order left all Plaintiffs, including Entity Plaintiffs, without counsel. While Plaintiff Terry Hamilton and Plaintiff Sharon Hamilton have proceeded in this action in pro se, Entity Plaintiffs cannot represent themselves and must appear through counsel.   <u>See</u>

Local Rule 83-183(a). Because neither Attorney Capozzi's motion nor any other brief filed concerning Attorney Capozzi's motion addressed the ramifications of Attorney Capozzi's withdrawal on Entity Defendants, this court's order allowing Attorney Capozzi to withdraw did not address the special concerns raised by the withdrawal of an attorney who is representing an entity. As such, this court finds that Entity Defendants should be given reasonable time to obtain new counsel before they are dismissed from this action. In an April 13, 2007 Declaration, Plaintiff Terry Hamilton and Plaintiff Sharon Hamilton indicated that it would take approximately 60 days to obtain new counsel for Plaintiffs. Thus, the court will continue Defendants' motion to give Entity Plaintiffs well over this time frame in which to obtain new counsel.

Accordingly, the court ORDERS that:

1. The hearing on Defendants' motion to dismiss the complaint by Entity Plaintiffs or, in the alternative, strike, currently set for June 4, 2007, is VACATED and no party shall appear;

2. Defendants' motion to dismiss the complaint by Entity Plaintiffs or, in the alternative, strike, SHALL BE HEARD on July 9, 2007 at 1:30 p.m. in Courtroom Two; and

3. Entity Plaintiffs are FOREWARNED that if Entity Plaintiffs are not represented by counsel as of July 9, 2007, this court will grant Defendants' motion and dismiss Entity Plaintiffs from this action.

IT IS SO ORDERED.

**Dated:   May 29, 2007**                    **/s/ Anthony W. Ishii**
                                            UNITED STATES DISTRICT JUDGE