UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al., | 1:02-cv-06583-AWI-SMS |
| Plaintiffs, | **ORDER TO SHOW CAUSE re: DEBTOR'S EXAMINATION OF SHARON HAMILTON** |
| vs. | (Docs. 565, 611) |
| HENRY W. WILLMS, et al., | Date: 7/27/07 |
| Defendants. | Time: 10:00am |
| | Ctrm: 7 ~ 6th floor |

An Order to Show Cause hearing is hereby set, sua sponte, for July 27, 2007 at 10:00 a.m. in Courtroom No. 7 on the Sixth Floor before the Honorable Sandra M. Snyder, United States Magistrate Judge, specifically regarding whether Sharon Hamilton was appropriately subpoenaed for debtor examination on May 18, 2007 (Doc. 565), and postponed pursuant to request during a telephonic conference on May 17, 2007 (Doc. 611).

It is hereby ORDERED that SHARON M. HAMILTON and DONALD J. POOL, ESQ., together with his process server who avers that Ms. Hamilton was personally served, personally appear herefor.

IT IS SO ORDERED.

**Dated:   June 8, 2007**             /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE