IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HENRY WI. WILLMS, et al,<br><br>　　　　Defendants. | CV F 02-6583 AWI SMS<br><br>ORDER VACATING SEPTEMBER 24, 2007 DATE AND TAKING MOTION UNDER SUBMISSION |

　　　Plaintiff Terry Hamilton has filed a motion requesting the court amend or alter Document 664.   Defendants have filed an opposition to this motion.  The court has reviewed the moving papers and opposition and has determined that these motions are suitable for decision without oral argument.  Local Rule 78-230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 24, 2007 is VACATED, and the parties shall not appear at that time.  As of September 24, 2007, the court will take the motion under submission, and will thereafter issue a decision.

IT IS SO ORDERED.

Dated: 　September 19, 2007　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE