**THE LAW FIRM OF POWELL & POOL**

7522 North Colonial Avenue, Suite 100

Fresno, California 93711

Telephone:    (559) 228-8034

Facsimile:    (559) 228-6818

Attorneys for Defendants, HENRY W. WILLMS, et al.

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| Terry D. Hamilton; Sharon M. Hamilton; Estates In Eagle Ridge, LLLP, a Colorado Limited Liability Limited Partnership, James C. Bateman Petroleum Services, dba Semco, a California Corporation; and Enviro-Safe, Inc., a California Corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Henry W. Willms, Individually; Dolly G. Willms, Individually; Henry W. Willms and Dolly G. Willms as co-trustees of the Trust Agreement dated September 26, 1986, between Henry W. Willms and Dolly G. Willms, Trustors; Dolly Willms, Trustee of the Trust Agreement dated December 10, | Case No. CV F 02 6583 AWI SMS<br><br>STIPULATION TO CONTINUE MOTION TO SET ASIDE ORDER AT DOC. 664, DISMISSING ENTITY PLAINTIFFS; ORDER THEREON<br><br>Date:    December 10, 2007<br>Time:    1:30 p.m.<br>Place:   United States District Court<br>　　　　Courtroom 2<br>　　　　2500 Tulare Street<br>　　　　Fresno, California<br><br>The Honorable Anthony W. Ishii |

```
and Dolly G. Willms, Trustors;    )
Victor R. McClune, an             )
individual; Lend-Teck             )
Financial, Inc., a California     )
Corporation; Catherine A.         )
Locke, an individual; Redwood     )
Trust Deed Services, Inc., a      )
California Corporation; and       )
Susan Willms Thurston,            )
Beneficiary of 1982 Willms        )
Trust along with Catherine A.     )
Locke; and THE WILLMS             
ENTERPRISE, an informal           
entity.                           

                Defendants.
```
___

///

Entity Plaintiffs Estates In Eagle Ridge, LLLP, a Colorado Limited Liability Limited Partnership, James C. Bateman Petroleum Services, dba Semco, a California Corporation; and Enviro-Safe, Inc., a California Corporation ("Entity Plaintiffs"), and Defendants Henry W. Willms, individually; Dolly G. Willms, individually; Henry W. Willms and Dolly G. Willms, as Co-Trustees of the Trust Agreement dated September 26, 1986, between Henry W. Willms and Dolly G. Willms, Trustors; Dolly G. Willms, as Trustee of the Trust Agreement dated December 10, 1982, between Henry W. Willms and Dolly G. Willms, Trustors; V. R. McClune, individually; and Lend-Teck Financial, Inc., a California corporation (hereinafter collectively "defendants"), and each of them, by and through their respective counsel, hereby stipulate and agree as follows:

**I**

## RECITALS

1. On September 21, 2007, Entity Plaintiffs filed a Motion to Set Aside Order at Doc. 664, Dismissing Entity Plaintiffs.  The hearing is set for October 29, 2007.

2. On October 5, 2007, the parties agreed to continue Entity Plaintiffs' Motion to Set Aside Order at Doc. 664 based on defendants' counsel's unavailability.

3. Based on the foregoing, the parties desire to continue the hearing on the Motion to Set Aside Order at Doc. 664; and therefore stipulate as follows:

## II

## STIPULATION

Based on the foregoing Recitals,

IT IS HEREBY STIPULATED, by and between the parties and their respective counsel, as follows:

1. The Motion to Set Aside Order at Doc. 664 hearing currently set for October 29, 2007, at 1:30 p.m. in Department 2 of the above-entitled court shall be continued to December 10, 2007, at 1:30 p.m. in Department 2 or as soon thereafter as the matter may be heard.

2. The deadline to file any Opposition to the Motion to Set Aside Order at Doc. 664 be extended up to and including November 21, 2007.

3. The deadline to file any Reply to Opposition to the Motion to Set Aside Order at Doc. 664 be extended up to an including December 3, 2007.

4. Nothing in this Stipulation shall be construed as a waiver of any claims and/or defenses relating to the foregoing Motion.

SO STIPULATED.

Dated: October ___, 2007                THE LAW FIRM OF POWELL & POOL

_____
DON J. POOL, Attorney for Defendants

Dated: October ___, 2007
                            DAVID F. BROWN

_____
DAVID F. BROWN, Specially Appearing for Plaintiffs Estates in Eagle Ridge, LLLP, a Colorado Limited Liability, Limited Partnership; James C. Bateman Petroleum Services, Inc., dba Semco, a California corporation; and Enviro-Safe, Inc., a California corporation

## ORDER

Based upon the Stipulation of the Parties and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion to Set Aside Order at Doc. 664 is continued to December 10, 2007, at 1:30 p.m., in Department 2. Any Opposition to the Motion to Set Aside Order at Doc. 664 shall be filed on or before November 21, 2007. Any Reply to the Opposition to the Motion to Set Aside Order at Doc. 664 shall be filed on or before December 3, 2007.

**IT IS SO ORDERED.**

**Dated:**   **October 17, 2007**                  /s/ Anthony W. Ishii
                                                     **UNITED STATES DISTRICT JUDGE**