# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY D. HAMILTON, et al., | ) | 1: **02-CV-6583 AWI SMS** |
| **Plaintiffs**, | ) | |
| v. | ) | **ORDER VACATING DECEMBER 10, 2007 HEARING DATE AND TAKING MOTION UNDER SUBMISSION** |
| HENRY WILLMS, et al, | ) | |
| **Defendants.** | ) | |

Attorney David F. Brown, stating that he is specially appearing for Plaintiffs Estates in Eagle Ridge, LLP, James C. Bateman Petroleum Services, and Enviro-Safe, Inc. ("Entity Plaintiffs"), filed a motion on September 21, 2007 to set-aside Document 664, which was the court's order dismissing Entity Plaintiffs from this action.  Upon the parties' stipulation, this motion was re-set for a hearing to be held on December 10, 2007.

The court has reviewed the moving papers and opposition and has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 10, 2007, is VACATED, and the parties shall not appear at that time.  As of December 10, 2007, the court will take the motion under submission, and will thereafter issue a decision.

IT IS SO ORDERED.

**Dated:**   December 6, 2007                    /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE