IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al.,<br><br>          Plaintiffs,<br>     v.<br><br>HENRY WI. WILLMS, et al,<br><br>          Defendants. | 1: **02-CV-6583 AWI SMS**<br><br>**ORDER ALLOWING ENTITY DEFENDANTS TO FILE A REPLY BRIEF BY JANUARY 2, 2008** |

Attorney David F. Brown, stating that he is specially appearing for Plaintiffs Estates in Eagle Ridge, LLP, James C. Bateman Petroleum Services, and Enviro-Safe, Inc. ("Entity Plaintiffs"), filed a motion to set-aside Document 664, which was the court's order dismissing Entity Plaintiffs from this action.  Upon the parties' stipulation, this motion was re-set for a hearing to be held on December 10, 2007.  On December 6, 2007, the court vacated the December 10, 2007 hearing and took the motion under submission.

On December 6, 2007, Attorney David F. Brown filed a stipulation to continue the motion to set-aside Document 664.[1]  Entity Plaintiffs ask that the hearing be continued until January 7, 2008, and that Entity Plaintiffs be allowed to file a reply brief by December 31, 2007.

---

[1] While the document states it is a stipulation and has a place on it for the signature of Defendants' attorney, the court notes that the copy of the document in the undersigned's possession does not contain the signature of Defendants' attorney.

1    The court has reviewed the moving papers and opposition and has already determined
2 that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).  However,
3 in the interests of justice and based on the parties' stipulation, the court will grant Entity
4 Plaintiffs until January 2, 2008[2] to file a reply brief.
5    Therefore, IT IS HEREBY ORDERED:
6    1.    Entity Plaintiffs may file any reply brief by 4:00 p.m. on January 2, 2008; and
7    2.    This matter will remain under submission and the court will issue a decision after
8          January 2, 2008.
9 IT IS SO ORDERED.
10 **Dated:   December 12, 2007**             /s/ **Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE

---

[2] Entity Plaintiffs had requested that they be allowed to file their reply brief by December 31, 2007.  The courthouse will be closed on December 31, 2007 and January 1, 2008.

2