UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al., | 1:02-cv-06583-AWI-SMS |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' REQUEST TO CONTINUE HEARING** (Doc. 699) **RE: MOTION TO COMPEL COMPLIANCE** (Doc. 679) |
| vs. | |
| HENRY W. WILLMS, et al., | Old Date: 1/18/08 |
| Defendants. | New Date: 2/29/08<br>Time:     9:30 a.m.<br>Ctrm:     7 ~ 6th Floor |

Plaintiffs' motion to compel compliance with prior court orders and requests for an evidentiary hearing and for sanctions against defendants and their counsel regarding failure to comply with rules and orders to complete discovery (Doc. 679), filed September 27, 2007, was previously continued from November 30, 2007 to January 18, 2008, pursuant to the Court's minute order (Doc. 692), filed November 28, 2007, to allow plaintiffs' compliance with Local Rule 37-251.  Plaintiffs have requested a further continuance from January 18, 2008 to February 29, 2008 (Doc. 699).

The Court, having reviewed both Plaintiffs' request to continue (Doc. 699), as well as the declaration of Carole Woodruff in support thereof (Doc. 700), filed January 14, 2008, determines good cause has been shown to grant the continuance.

Further, the Court acknowledges Plaintiffs' argument that they are making efforts to comply with the Court's direction of November 28, 2007 (Doc. 692) to prepare and file a joint statement regarding the discovery disputes pursuant to Local Rule 37-251, which is good.  Plaintiffs' are reminded, however, of subsection (d) thereof:

> **(d) Failure to Meet or Obtain Joint Statement.** If counsel for the moving party is unable, after a good faith effort, to secure the cooperation of counsel for the opposing party in arranging the required conference, or in preparing and executing the required joint statement, <u>counsel for the moving party may file and serve an affidavit so stating, setting forth the nature and extent of counsel's efforts to arrange the required conference or procure the required joint statement, the opposing counsel's responses or refusals to respond to those efforts, the issues to be determined at the hearing, and the moving party's contentions with regard to the issues, including any briefing in respect thereto</u>. Refusal of any counsel to participate in a discovery conference, or refusal without good cause to execute the required joint statement, shall be grounds, in the discretion of the Court, for entry of an order adverse to the party represented by counsel so refusing or adverse to counsel. See L.R. 11-110.

Emphasis added by Court.

Accordingly, IT IS HEREBY ORDERED that:

1.   Plaintiffs' request to continue the hearing date of January 18, 2008 is GRANTED; and

2.   The hearing is CONTINUED from January 18, 2008 to February 29, 2008 at 9:30 a.m. before Judge Snyder.

IT IS SO ORDERED.

**Dated:   January 15, 2008**              /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE