IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al.,            )<br>                                                             )<br>            Plaintiffs,                           )<br>                                                             )<br>     v.                                                 )<br>                                                             )<br>HENRY W. WILLMS, et al.,              )<br>                                                             )<br>            Defendants.                       )<br>_____) | 1: 02 - CV - 6583 AWI SMS<br><br>ORDER DENYING AMENDED<br>MOTION IN LIMINE WITHOUT<br>PREJUDICE<br><br>(Document #498) |

      This action was set for trial to be held on December 5, 2006.  On December 2, 2006, Defendants filed an amended motion in limine.  On December 4, 2006, the parties and the court reached a stipulation that vacated the trial date to allow Plaintiffs time to file discovery motion. While this stipulation has been the source of an incredible amount of litigation, the court is currently enforcing the stipulation, and a new trial has not yet been set.

      An administrative review of the docket in this action reveals that Defendants' amended motion in limine has been administratively termed as an outstanding motion.    Pursuant to the Civil Justice Reform Act, this court is not to delay ruling on a pending motion for more than six months.   Because the amended motion in limine has been pending for over six months and no new trial date has been set, the court will deny this motion without prejudice.  Defendants may re-notice the motion once a new trial date is set.

The court ORDERS that Defendants' amended motion in limine is DENIED without prejudice.

IT IS SO ORDERED.

**Dated:   March 5, 2008**                              **/s/ Anthony W. Ishii**
                                                       UNITED STATES DISTRICT JUDGE

2