IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al., ) | 1: 02 - CV - 6583 AWI SMS |
| ) | |
| Plaintiffs, ) | ORDER DENYING MOTION TO |
| ) | AMEND COURT'S ORDER |
| v. ) | VACATING HEARING |
| ) | |
| HENRY W. WILLMS, et al., ) | (Document #591) |
| ) | |
| Defendants. ) | |
| _____) | |

    On April 11, 2007, the court vacated a pending motion by Attorney Anthony Capozzi to withdraw as attorney of record for Plaintiffs.  This order stated that as of April 16, 2007, the court would take the motion under submission and thereafter issue an opinion.  On April 18, 2007, the court signed an order that granted Attorney Capozzi's request.  However, this order was not docketed until April 19, 2007.  Also on April 18, 2007, Plaintiffs filed a motion to alter or amend the court's April 11, 2007 order taking the motion under submission.

    An administrative review of the docket in this action reveals that Plaintiff's motion to alter or amend has been administratively termed as an outstanding motion.  Because the motion at issue has now been resolved, Plaintiffs' motion is now moot.  The court notes that Plaintiffs did have the opportunity to file an opposition to the motion, which the court considered, and Plaintiffs did not file their motion to alter or amend until after the date that the court stated it would take the motion under submission.

Accordingly, the court ORDERS that Plaintiffs' motion to alter or amend is DENIED as moot.

IT IS SO ORDERED.

**Dated:     March 5, 2008**                              **/s/ Anthony W. Ishii**
                                                          UNITED STATES DISTRICT JUDGE

2