UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al.,<br><br>　　　　　Plaintiffs<br><br>　　v.<br><br>HENRY W. WILMMS, et al.,<br><br>　　　　　Defendants | CASE NO. 1:02-CV-6583 AWI SMS<br><br>ORDER VACATING TRIAL SETTING CONFERENCE |

　　　On February 12, 2015, Plaintiffs' counsel, Michael Abbott made a motion to withdraw from this case. Doc. 811.  The motion set the hearing for March 9, 2015.  Local Rule 230 states that a hearing is to be set "not less than twenty-eight (28) days after service and filing of the motion. Motions defectively noticed shall be filed, but not set for hearing; the Clerk shall immediately notify the moving party of the defective notice and of the next available dates and times for proper notice, and the moving party shall file and serve a new notice of motion setting forth a proper time and date."  The motion is improperly noticed as there are fewer than 28 days between the filing and serving of the notice and the hearing date.  Plaintiffs' counsel is directed to renotice the motion properly.  Additionally, the trial setting conference set for March 2, 2015 is VACATED as no trial can be set until issues surrounding Plaintiffs' representation are resolved.

IT IS SO ORDERED.

Dated:　February 21, 2015　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE