UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY D. HAMILTON, et al.,**<br><br>　　　　**Plaintiffs**<br><br>v.<br><br>**HENRY W. WILMMS, et al.,**<br><br>　　　　**Defendants** | CASE NO. 1:02-CV-6583 AWI SMS<br><br>ORDER REQUIRING TERRY HAMILTON TO BE PRESENT AT THE HEARING ON MAY 11, 2015 |

　　Plaintiffs' counsel, Michael Abbott made a motion to withdraw from this case. Doc. 813. Defendants do not oppose the motion. Doc. 814. Mr. Abbott represents Terry Hamilton, Sharon Hamilton, and entities that have Terry Hamilton as an officer. Mr. Abbott seeks to withdraw from representation of all of these parties. The hearing on this matter is set for 1:30 PM on Monday, May 11, 2015. To help determine how this case will proceed, Terry Hamilton is ordered to attend this hearing in person.

IT IS SO ORDERED.

Dated:  May 6, 2015　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE