# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. HAMILTON, et al.,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>HENRY W. WILMMS, et al.,<br><br>　　　　Defendants | CASE NO. 1:02-CV-6583 AWI SMS<br><br>ORDER VACATING THE MOTIONS IN LIMINE HEARING OF MARCH 28, 2016 AND SETTING A TELEPHONIC STATUS CONFERENCE |

A hearing on motions in limine is currently scheduled for March 28, 2016. On March 16, 2016, Plaintiff Sharon Hamilton filed for bankruptcy. On March 21, 2016, she filed a notice of removal, shifting this present suit into the Bankruptcy Court as an adversary proceeding tied to her bankruptcy. Both Plaintiffs' and Defendants' counsel have verbally represented to this court that this suit has been removed and is now in the Bankruptcy Court. In light of these new circumstances, the hearing on motions in limine is vacated. Instead, the parties are ordered to appear telephonically on Monday, March 28, 2016 at 1:30 PM for a status conference to determine how to further proceed. Counsel may contact the court prior to that date to set up the telephonic conference call.

IT IS SO ORDERED.

Dated:   March 24, 2016                            _____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE