# UNITED STATES DISTRICT COURT

Eastern **District of** California

Terry D. Hamilton, et al().  
        Plaintiff (s),

V.

Henry W. Willms, et a.

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 02-6583 AWI SMS

Notice is hereby given that, subject to approval by the court, __Sharon Hamilton__ substitutes
(Party (s) Name)

__Thornton Law Group, PC__, State Bar No. __154956__ as counsel of record in place
(Name of New Attorney)

place of __Rummonds | Thornton | Lapcevic, LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Thornton Law Group, PC  
    Address:     1725 N. Fine Avenue, Fresno, CA 93727  
    Telephone:     (559) 400-8999     Facsimile   (559) 492-3385  
    E-Mail (Optional):   dthornton@tlglawyers.com

I consent to the above substitution.

Date: _____, 2016                                   Sharon Hamilton  
                                                      (Signature of Party (s))

I consent to being substituted.

Date: _____, 2016                                   Douglas V. Thornton  
                                                  (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _____, 2016  
                                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

IT IS SO ORDERED.

Dated: March 29, 2016           _/s/ signature_  
                                         SENIOR DISTRICT JUDGE

00038277.v1