# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRY D. HAMILTON, et al.,** | **CASE NO. 1:02-CV-6583 AWI SMS** |
| **Plaintiffs** | **1:16-CV-0431 AWI** |
| v. | **ORDER CONSOLIDATING CASES** |
| **HENRY W. WILMMS, et al.,** | **AND SETTING BRIEFING SCHEDULE** |
| **Defendants** | |

The dispute between the parties has been litigated for a number of years in Case No. 02-6583. On March 16, 2016, Plaintiff Sharon Hamilton filed for Chapter 13 bankruptcy. On March 21, 2016, Plaintiff Sharon Hamilton filed a notice of removal which pulled the case to the Bankruptcy Court as an adversary proceeding. Defendants have filed a motion to withdraw reference of the matter and to return it to District Court. That motion has been docketed as a new case, Case No. 16-0431. "If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a). The "district court has broad discretion under this rule to consolidate cases pending in the same district," Investors Research Co. v. U.S. Dist. Ct. for Cent. Dist. of California, 877 F.2d 777, 777 (9th Cir. 1989). The court can sua sponte order consolidation. See Golden Gate Bridge, Highway & Transp. v. Complaint of Golden Gate Bridge, Highway & Transp. Dist., 2014 U.S. Dist. LEXIS 164904, *6 (N.D. Cal. Nov. 24, 2014). Case Nos. 02-6583 and 16-0431 clearly deal with the same subject matter. They must be consolidated to move the case forward.

Cases 1:02-CV-6583 and 1:16-CV-0431 are CONSOLIDATED. The Clerk of the Court is

directed to close Case 1:16-CV-0431.  All future filings are to be in Case 1:02-CV-6583.  The Clerk of the Court shall refile the motion to withdraw reference which is Doc. 1 in Case 1:16-CV-0431 as an entry in Case 1:02-CV-6583.  Any party wishing to respond to the motion to withdraw reference must do so by Tuesday, April 5, 2016 at 4:00 PM.

IT IS SO ORDERED.

Dated:   March 31, 2016                                   _____
                                              SENIOR  DISTRICT  JUDGE